**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS OBEZO,                          )    Case No. CV 09-08713
                                     )    VAP(RZx)
                Plaintiff,           )
                                     )    **JUDGMENT**
        v.                           )
                                     )
DEUTSCHE BANK NATIONAL               )
TRUST COMPANY, et al.,               )
                                     )
                Defendants.          )
_____

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED
WITHOUT PREJUDICE.  The Court orders that such judgment
be entered.


Dated:  May 27, 2010          _____
                                   VIRGINIA A. PHILLIPS
                              United States District Judge